No. 72–794. Papish v. Board of Curators of the University of Missouri et al., 410 U. S. 667. Motion of Citizens for Decent Literature, Inc., for leave to file a brief as *amicus curiae* in support of rehearing granted. Petition for rehearing denied.

### May 1, 1973

No. 72–6114. Matthews v. United States District Court for the Middle District of Florida. Motion for leave to file petition for writ of mandamus dismissed under Rule 60 of the Rules of this Court.

No. 72–6451. Martinez v. United States. C. A. 5th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

### May 4, 1973

No. A–1110. Doe et al. v. Bellin Memorial Hospital et al. Application to vacate stay order of Honorable John Paul Stevens of the United States Court of Appeals for the Seventh Circuit, dated May 3, 1973, presented to Mr. Justice Rehnquist, and by him referred to the Court, denied. Mr. Justice White and Mr. Justice Marshall took no part in the consideration or decision of this order.

---

*For Court's order prescribing Bankruptcy Rules and Official Bankruptcy Forms, see *post*, p. 991.